IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-021 |
| Plaintiff, | SENIOR JUDGE BECKWITH |
| v. | |
| | MOTION TO UNSEAL INDICTMENT |
| TIMOTHY BALLARD;<br>BENJAMIN HAYNES;<br>BRYAN BAILEY,<br>Defendants. | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the Indictment previously sealed may now be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Karl P. Kadon III
KARL P. KADON III (0009324)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-2047
Karl.Kadon@usdoj.gov

SO ORDERED.

*Stephanie K Bowman*
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE